1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  SEAN F. CONNOLLY, State Bar #152235
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-3863
6  Facsimile:     (415) 554-3837
   E-Mail:        sean.connolly@sfgov.org

8  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY LITTLEJOHN, an individual, | Case No. C09-5021 SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, a municipality; SAN FRANCISCO POLICE DEPARTMENT, an agent of the CITY AND COUNTY OF SAN FRANCISCO; JOSEPH SALAZAR individually and in his capacity as a police officer for the San Francisco Police Department; RICHARD YICK individually and in his capacity as a police officer for the San Francisco Police Department; ROBERT WALKER individually and in his capacity as a police officer for the San Francisco Police Department; ARTHUR W. MADRID individually and in his capacity as a police officer for the San Francisco Police Department; | Hearing Date:  March 5, 2010<br>Time:          2:30 P.M.<br>Place:         Court Room 10<br><br>Trial Date:    N/A |
| Defendants. | |

1   On October 21, 2009, plaintiff filed his complaint.

2   On November 10, 2009, defendants filed a motion to dismiss for failure to state a claim.

3   On December 4, 2010, the Court set a case management conference hearing for March 5, 2010.

4   On January 25, 2010, the Court issued an order to show cause why case should not be dismissed for failure to prosecute.

On February 26, 2010, counsel of record, Dewitt M. Lacy, filed a motion to withdraw as counsel.  That motion was set for hearing on March 26, 2010, and subequently moved by the court to April 2, 2010, for hearing.

The parties seek to continue the Case Management Conference, presently scheduled for March 5, 2010, until April 2, 2010 at 2:30 p.m. or some date after the hearing on the Motion to Withdraw, as the parties feel it would be appropriate to wait until after the outcome of the Motion to discuss issues of case management.

Therefore, THE PARTIES TO THE ABOVE-ENTITLED ACTION HEREBY STIPULATE to continue the Initial Case Management Conference to April 2, 2010 at 2:30 p.m., or some later date at the court's discretion.

IT IS HEREBY STIPULATED BY THE PARTIES.

Dated: March 4, 2010

                                   DENNIS J. HERRERA
                                   City Attorney
                                   JOANNE HOEPER
                                   Chief Trial Deputy
                                   SEAN F. CONNOLLY
                                   Deputy City Attorney


                       By: s/Sean F. Connolly
                                   SEAN F. CONNOLLY
                                   Attorneys for Defendant
                                   CITY AND COUNTY OF SAN FRANCISCO

| | |
|---|---|
| Dated: March 4, 2010 | LAW OFFICES OF DEWITT M. LACY |

By: **s/Dewitt M. Lacy
DEWITT M. LACY
Attorney for Plaintiff
LARRY LITTLEJOHN

**Pursuant to GO 45, the electronic signatory has obtained approval from this signatory.

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT the Initial Case Management Conference is continued to April 2, 2010 at 2:30 p.m.

Dated: _____
THE HONORABLE SUSAN ILLSTON
United States District Judge