| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669<br>City Attorney |
| 2 | JOANNE HOEPER, State Bar #114961<br>Chief Trial Deputy |
| 3 | SEAN F. CONNOLLY, State Bar #152235<br>Deputy City Attorney |
| 4 | Fox Plaza<br>1390 Market Street, 6th Floor |
| 5 | San Francisco, California 94102-5408<br>Telephone:     (415) 554-3863 |
| 6 | Facsimile:      (415) 554-3837<br>E-Mail:         sean.connolly@sfgov.org |
| 7 | |
| 8 | Attorneys for Defendant<br>CITY AND COUNTY OF SAN FRANCISCO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARRY LITTLEJOHN, an individual, | | Case No. C09-5021 SI |
| | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| | vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, a municipality; SAN FRANCISCO POLICE DEPARTMENT, an agent of the CITY AND COUNTY OF SAN FRANCISCO; JOSEPH SALAZAR individually and in his capacity as a police officer for the San Francisco Police Department; RICHARD YICK individually and in his capacity as a police officer for the San Francisco Police Department; ROBERT WALKER individually and in his capacity as a police officer for the San Francisco Police Department; ARTHUR W. MADRID individually and in his capacity as a police officer for the San Francisco Police Department; | | Hearing Date:   March 5, 2010<br>Time:           2:30 P.M.<br>Place:          Court Room 10<br><br>Trial Date:     N/A |
| | Defendants. | |

1  On October 21, 2009, plaintiff filed his complaint.

2  On November 10, 2009, defendants filed a motion to dismiss for failure to state a claim.

3  On December 4, 2010, the Court set a case management conference hearing for March 5, 2010.

4  On January 25, 2010, the Court issued an order to show cause why case should not be
5  dismissed for failure to prosecute.

6  On February 26, 2010, counsel of record, Dewitt M. Lacy, filed a motion to withdraw as
7  counsel.  That motion was set for hearing on March 26, 2010, and subsequently moved by the court to
8  April 2, 2010, for hearing.

9  The parties seek to continue the Case Management Conference, presently scheduled for March
10 5, 2010, until April 2, 2010 at 2:30 p.m. or some date after the hearing on the Motion to Withdraw, as
11 the parties feel it would be appropriate to wait until after the outcome of the Motion to discuss issues
12 of case management.

13 Therefore, THE PARTIES TO THE ABOVE-ENTITLED ACTION HEREBY STIPULATE to
14 continue the Initial Case Management Conference to April 2, 2010 at 2:30 p.m., or some later date at
15 the court's discretion.

16 IT IS HEREBY STIPULATED BY THE PARTIES.

17 Dated:  March 4, 2010

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
SEAN F. CONNOLLY
Deputy City Attorney


By: s/Sean F. Connolly
SEAN F. CONNOLLY
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

| | |
|---|---|
| Dated:  March 4, 2010 | LAW OFFICES OF DEWITT M. LACY |
| | By: **s/Dewitt M. Lacy<br>DEWITT M. LACY<br>Attorney for Plaintiff<br>LARRY LITTLEJOHN |
| | **Pursuant to GO 45, the electronic signatory has obtained approval from this signatory. |

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT the Initial Case Management Conference is continued to April 2, 2010 at 2:30 p.m.

Dated: _____

THE HONORABLE SUSAN ILLSTON
United States District Judge