IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY LITTLEJOHN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY & COUNTY OF SAN FRANCISCO, *et al.*,<br><br>　　　　Defendants.　　　　　　　　／ | No. C 09-5021 SI<br><br>**ORDER GRANTING COUNSEL'S MOTION TO WITHDRAW; STAYING CASE UNTIL JUNE 4, 2010 CASE MANAGEMENT CONFERENCE** |

　　　On April 2, 2010, the Court held a hearing on the motion to withdraw filed by plaintiff's counsel. The Court GRANTS the motion. (Docket No. 15). As discussed at the hearing, the case is STAYED until June 4, 2010, in order to allow plaintiff time to secure legal representation. The Court will hold a status conference at **3:00 pm** on **June 4, 2010**.

**IT IS SO ORDERED.**

Dated: April 2, 2010

　　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge