1
2
3
4
5
6
7
8
9
10

**United States District Court**
For the Northern District of California

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LARRY LITTLEJOHN,                                    No. C 09-05021 SI

            Plaintiff,                                    **JUDGMENT**

    v.

SF CITY & COUNTY,

            Defendant.
_____/

        Plaintiff's complaint is dismissed without leave to amend.  Judgment is entered in favor of defendants and against plaintiff.


        **IT IS SO ORDERED AND ADJUDGED.**


Dated: December 14, 2010
                                                _____
                                                SUSAN ILLSTON
                                                United States District Judge